**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re: MARKEN, KEVIN § | Case No. 09-73196 |
| MARKEN, JOYCE § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  211 South Court Street
  Room 110
  Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 02/23/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: __/ /_____   By: ___/s/ STEPHEN G. BALSLEY_____
                              Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: MARKEN, KEVIN | § | Case No. 09-73196 |
| MARKEN, JOYCE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 12,078.65 |
| *and approved disbursements of* | $ 2,473.83 |
| *leaving a balance on hand of* [1] | $ 9,604.82 |
| **Balance on hand:** | $ 9,604.82 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,604.82 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,957.87 | 0.00 | 1,957.87 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 2,287.00 | 0.00 | 2,287.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,244.87 |
| Remaining balance: | $ 5,359.95 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,359.95

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,359.95

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 94,323.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Worlds Foremost Bank | 503.78 | 0.00 | 28.63 |
| 2 | Chase Bank USA, N.A. | 12,538.45 | 0.00 | 712.50 |
| 3 | Chase Bank USA, N.A. | 8,910.17 | 0.00 | 506.32 |
| 4 | Chase Bank USA, N.A. | 10,645.32 | 0.00 | 604.92 |
| 5 | Chase Bank USA, N.A. | 17,575.68 | 0.00 | 998.74 |
| 6 | PYOD LLC its successors and assigns as assignee of | 10,202.48 | 0.00 | 579.76 |
| 7 | PYOD LLC its successors and assigns as assignee of | 1,899.65 | 0.00 | 107.95 |
| 8 | FIA CARD SERVICES, NA/BANK OF AMERICA | 28,485.53 | 0.00 | 1,618.70 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 9 | First National Bank of Omaha | 3,562.35 | 0.00 | 202.43 |

Total to be paid for timely general unsecured claims: $     5,359.95
Remaining balance: $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $     0.00
Remaining balance: $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $     0.00
Remaining balance: $     0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez                Page 1 of 2                  Date Rcvd: Feb 03, 2011
Case: 09-73196                Form ID: pdf006              Total Noticed: 43

The following entities were noticed by first class mail on Feb 05, 2011.
db/jdb        +Kevin Marken,   Joyce Marken,   12098 Fulrath Mill Rd.,   Mount Carroll, IL 61053-9066
aty           +Michelle K Hinds,   Legal Helpers,   233 S. Wacker Dr., Suite 5150,   Chicago, IL 60606-6371
aty           +Nisha B Parikh,   Legal Helpers,   233 S. Wacker Dr Suite 5150,   Chicago, IL 60606-6371
tr            +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
                Rockford, IL 61108-2579
14253831      +Amcore Bank N A,   501 7th St,   Rockford, IL 61104-1299
14253832      +American General Finan,   1888 S West Ave,   Freeport, IL 61032-6712
14253833      +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
14253835      +BOA / Fleet Bankcard,   Po Box 26012,   Greensboro, NC 27420-6012
14253834      +Bank Of America,   Nc4-105-03-14,   4161 Piedmont Pkwy,   Greensboro, NC 27410-8110
14253836     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court:   Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,
                Norcross, GA 30091)
14253837      +Chase,   Attn: Bankruptcy Dept,   Po Box 100018,   Kennesaw, GA 30156-9204
14253838      +Chase - Cc,   Attention: Bankruptcy Department,   Po Box 15298,   Wilmington, DE 19850-5298
14473775       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14253839       Chase Bank Usa, Na,   Po Box 9007,   Pleasanton, CA 94566
14253840      +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
14253841      +Citibank,   Attention: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
14253842      +Citibank Usa,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
14253846     ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
               (address filed with court:   Fifth Third Bank,   38 Fountain Square Plz,   Cincinnati, OH 45263)
14253850   ++++FIRST USA BANK N A,   3 PIEDMONT CTR NE,   ATLANTA GA 30305-4613
               (address filed with court:   First Usa Bank N A,   3565 Piedmont Rd Ne,   Atlanta, GA 30305)
14253845      +Fifth Third Bank,   C/O Bankruptcy Dept, Mdropso5,   1850 East Paris,
                Grand Rapids, MI 49546-6210
14253847      +First National Bank Credit Card Center,   Attention: Bankruptcy Department,
                Po Box 3331 Stop Code 3105,   Omaha, NE 68103-0331
14808078      +First National Bank of Omaha,   1620 Dodge St., Stop Code 3105,   Omaha, NE 68197-0002
14253848      +First Savanna Savings Bank,   301 Main St,   Bloomington, IL 61701-3913
14253849      +First Usa Bank,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
14253852      +Gemb/american Honda,   Po Box 981439,   El Paso, TX 79998-1439
14253855      +Hsbc/rs,   90 Christiana Rd,   New Castle, DE 19720-3118
14253856      +Infibank,   1620 Dodge Street,   Omaha, NE 68197-0003
14474220      +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
                PO Box 19008,   Greenville, SC 29602-9008
14253857      +Peoples United Bank,   1000 Lafayette Blv,   Bridgeport, CT 06604-4707
14253860      +Ria Federal Credit Uni,   4217 Utica Rd,   Bettendorf, IA 52722-1633
14253861      +Rshk/cbsd,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
14253862      +Sears/cbsd,   Sears Bankruptcy Recovery,   7920 Nw 110th St,   Kansas City, MO 64153-1270
14253863      +Tnb-visa,   Po Box 9475,   Minneapolis, MN 55440-9475
14253864     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:   Us Bank/na Nd,   Attn: Bankruptcy Dept,   Po Box 5229,
                Cincinnati, OH 45201)
14253865       Worlds Foremost Bank,   POB 82609,   Lincoln, NE 68501-2609

The following entities were noticed by electronic transmission on Feb 03, 2011.
14253843      +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2011 01:51:00   Conseco Finance,   Attn: Bankruptcy,
                P.O. Box 103106,   Roswell, GA 30076-9106
14253844      +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 04 2011 01:45:43   Discover Financial,
                Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
14776270       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 04 2011 01:43:58
                FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
                Oklahoma City, OK  73124-8809
14253851      +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2011 01:50:51   GEMB / Walmart,
                Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
14253853      +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2011 01:51:00   Gemb/blains Farm & Fle,
                950 Forrer Blvd,   Kettering, OH 45420-1469
14253854      +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2011 01:50:52   Gemb/walmart Dc,
                Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
14253858      +E-mail/Text: pshaw@riafcu.com                         Ria Fed Cu,   Pob 4750,
                Rock Island, IL 61204-4750
14253859      +E-mail/Text: pshaw@riafcu.com                         Ria Federal Credit Uni,   Pob 4750,
                Rock Island, IL 61204-4750
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
                Rockford, IL 61108-2579
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0752-3          User: cshabez          Page 2 of 2            Date Rcvd: Feb 03, 2011
Case: 09-73196                Form ID: pdf006        Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 05, 2011**                        **Signature:**    _Joseph Speetjens_