**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: MARKEN, KEVIN | § Case No. 09-73196 |
| MARKEN, JOYCE | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $37,943.93     Assets Exempt: $43,040.93
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,359.95     Claims Discharged
                                                                                            Without Payment: $92,548.46

Total Expenses of Administration: $6,718.70

---

    3) Total gross receipts of $   12,078.65   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00     (see **Exhibit 2**), yielded net receipts of $12,078.65 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $116,919.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,718.70 | 6,718.70 | 6,718.70 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 89,407.00 | 94,323.41 | 94,323.41 | 5,359.95 |
| **TOTAL DISBURSEMENTS** | $206,326.00 | $101,042.11 | $101,042.11 | $12,078.65 |

4) This case was originally filed under Chapter 7 on July 31, 2009. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/01/2011           By: /s/STEPHEN G. BALSLEY
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 Honda Goldwing Motorcycle Value according t | 1129-000 | 12,075.00 |
| Interest Income | 1270-000 | 3.65 |
| **TOTAL GROSS RECEIPTS** | | **$12,078.65** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Amcore Bank N A | 4110-000 | 2,367.00 | N/A | N/A | 0.00 |
| NOTFILED | First Savanna Savings Bank | 4110-000 | 114,552.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$116,919.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,957.87 | 1,957.87 | 1,957.87 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,287.00 | 2,287.00 | 2,287.00 |
| Kevin and Joyce Marken | 3991-000 | N/A | 1,200.00 | 1,200.00 | 1,200.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Kevin and Joyce Marken | 2500-000 | N/A | 1,198.83 | 1,198.83 | 1,198.83 |
| JP Morgan Chase | 2810-000 | N/A | 0.12 | 0.12 | 0.12 |
| JP Morgan Chase | 2810-000 | N/A | 0.01 | 0.01 | 0.01 |
| Backup Withholding Debit | 2810-000 | N/A | 0.13 | 0.13 | 0.13 |
| Kevin and Joyce Marken | 2500-000 | N/A | 75.00 | 75.00 | 75.00 |
| REFUND OF BUWH/DEBIT CORRECTION | 2810-000 | N/A | -0.26 | -0.26 | -0.26 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 6,718.70 | 6,718.70 | 6,718.70 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Worlds Foremost Bank | 7100-000 | 313.00 | 503.78 | 503.78 | 28.63 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 11,307.00 | 12,538.45 | 12,538.45 | 712.50 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 8,155.00 | 8,910.17 | 8,910.17 | 506.32 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 9,481.00 | 10,645.32 | 10,645.32 | 604.92 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 15,929.00 | 17,575.68 | 17,575.68 | 998.74 |
| 6 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 8,782.00 | 10,202.48 | 10,202.48 | 579.76 |
| 7 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 1,899.00 | 1,899.65 | 1,899.65 | 107.95 |
| 8 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 27,000.00 | 28,485.53 | 28,485.53 | 1,618.70 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | First National Bank of Omaha | 7100-000 | 2,956.00 | 3,562.35 | 3,562.35 | 202.43 |
| NOTFILED | Infibank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/rs | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/rs | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/walmart Dc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First Usa Bank N A | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First Usa Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First Usa Bank N A | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB / Walmart | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/blains Farm & Fle | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/american Honda | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Peoples United Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ria Fed Cu | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rshk/cbsd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ria Federal Credit Uni | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tnb-visa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ria Federal Credit Uni | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Bank/na Nd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ria Federal Credit Uni | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First Usa Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ria Fed Cu | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ria Federal Credit Uni | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ria Fed Cu | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ria Federal Credit Uni | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American General Finan | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Amex | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | BOA / Fleet Bankcard | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Conseco Finance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Capital 1 Bank | 7100-000 | 3,585.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank Usa, Na | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First National Bank Credit Card Center | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 89,407.00 | 94,323.41 | 94,323.41 | 5,359.95 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-73196  **Trustee:** (330410) STEPHEN G. BALSLEY
**Case Name:** MARKEN, KEVIN  **Filed (f) or Converted (c):** 07/31/09 (f)
MARKEN, JOYCE  **§341(a) Meeting Date:** 09/02/09
**Period Ending:** 06/01/11  **Claims Bar Date:** 12/07/09

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Estate located at 12098, Carroll IL 61053, | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account with Rock Island Credit Union | 500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account with Rock Island Credit Union | 700.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings account with First Savannah Savings | 900.00 | 0.00 | DA | 0.00 | FA |
| 5 | Savings account with Bell Union Savings | 25.00 | 0.00 | DA | 0.00 | FA |
| 6 | Miscellaneous used household goods | 800.00 | 0.00 | DA | 0.00 | FA |
| 7 | Personal used clothing | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Conseco Life Insurance-no cash surrender value | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Carpenter's Union Retirement Plan. | 512.93 | 0.00 | DA | 0.00 | FA |
| 10 | Abbott stocks. | 2,100.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2002 Subaru Impreza, 130,000 miles Lien held by | 4,470.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1995 GMC Sierra, 100,000 miles Value base don Ke | 2,225.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2005 Honda Goldwing Motorcycle Value according t | 10,720.00 | 12,075.00 | DA | 12,075.00 | FA |
| 14 | 2006 Horse Trailer | 4,791.00 | 1,816.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.65 | FA |
| 15 | Assets Totals (Excluding unknown values) | **$37,943.93** | **$13,891.00** | | **$12,078.65** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2010  **Current Projected Date Of Final Report (TFR):** November 29, 2010 (Actual)

Printed: 06/01/2011 01:20 PM  V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-73196  
**Case Name:** MARKEN, KEVIN  
MARKEN, JOYCE  
**Taxpayer ID #:** **-***6355  
**Period Ending:** 06/01/11  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****70-65 - Money Market Account  
**Blanket Bond:** $373,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/25/10 | | Kevin and Joyce Marken | Check from Kegal Motorcycle | | | 9,601.17 | | 9,601.17 |
| | {13} | | | 12,075.00 | 1129-000 | | | 9,601.17 |
| | | | KEGEL SALE OF MOTORCYCLE | -1,200.00 | 3991-000 | | | 9,601.17 |
| | | | COSTS TO SELL MOTORCYCLE | -1,198.83 | 2500-000 | | | 9,601.17 |
| | | | DOCUMENT FEE TO KEGEL RE SALE OF MOTORCYCLE | -75.00 | 2500-000 | | | 9,601.17 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.05 | | 9,601.22 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.36 | | 9,601.58 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.43 | | 9,602.01 |
| 03/31/10 | | JP Morgan Chase | Backup withholding | | 2810-000 | | 0.12 | 9,601.89 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | | 1270-000 | 0.06 | | 9,601.95 |
| 04/06/10 | | Wire out to BNYM account 9200******7065 | Wire out to BNYM account 9200******7065 | | 9999-000 | -9,596.95 | | 5.00 |
| 04/06/10 | | JP Morgan Chase | Backup withholding | | 2810-000 | | 0.01 | 4.99 |
| 04/09/10 | | Wire out to BNYM account 9200******7065 | Wire out to BNYM account 9200******7065 | | 9999-000 | -4.99 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 0.13 | 0.13 | $0.00 |
| | | | Less: Bank Transfers | | | -9,601.94 | 0.00 | |
| | | | **Subtotal** | | | 9,602.07 | 0.13 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$9,602.07** | **$0.13** | |

{} Asset reference(s)

Printed: 06/01/2011 01:20 PM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-73196 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | MARKEN, KEVIN | | Bank Name: | The Bank of New York Mellon |
| | MARKEN, JOYCE | | Account: | 9200-******70-65 - Money Market Account |
| Taxpayer ID #: | **-***6355 | | Blanket Bond: | $373,000.00 (per case limit) |
| Period Ending: | 06/01/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7065 | Wire in from JPMorgan Chase Bank, N.A. account ********7065 | 9999-000 | 9,596.95 | | 9,596.95 |
| 04/09/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7065 | Wire in from JPMorgan Chase Bank, N.A. account ********7065 | 9999-000 | 4.99 | | 9,601.94 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.46 | | 9,602.40 |
| 05/03/10 | | Backup Withholding Debit | | 2810-000 | | 0.13 | 9,602.27 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.57 | | 9,602.84 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.55 | | 9,603.39 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.57 | | 9,603.96 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.57 | | 9,604.53 |
| 09/16/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.03 | | 9,604.56 |
| 09/16/10 | | To Account #9200******7066 | Transfer to Closed Money Market Account | 9999-000 | | 9,604.56 | 0.00 |
| | | | ACCOUNT TOTALS | | 9,604.69 | 9,604.69 | $0.00 |
| | | | Less: Bank Transfers | | 9,601.94 | 9,604.56 | |
| | | | **Subtotal** | | **2.75** | **0.13** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2.75** | **$0.13** | |

{} Asset reference(s)      Printed: 06/01/2011 01:20 PM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-73196 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | MARKEN, KEVIN | | Bank Name: | The Bank of New York Mellon |
| | MARKEN, JOYCE | | Account: | 9200-******70-66 - Checking Account |
| Taxpayer ID #: | **-***6355 | | Blanket Bond: | $373,000.00  (per case limit) |
| Period Ending: | 06/01/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/16/10 | | REFUND OF BUWH/DEBIT CORRECTION | | 2810-000 | | -0.26 | 0.26 |
| 09/16/10 | | From Account #9200******7065 | Transfer to Closed Money Market Account | 9999-000 | 9,604.56 | | 9,604.82 |
| 02/23/11 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $2,287.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,287.00 | 7,317.82 |
| 02/23/11 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,957.87, Trustee Compensation;  Reference: | 2100-000 | | 1,957.87 | 5,359.95 |
| 02/23/11 | 103 | Worlds Foremost Bank | Dividend paid   5.68% on $503.78; Claim# 1; Filed: $503.78; Reference: | 7100-000 | | 28.63 | 5,331.32 |
| 02/23/11 | 104 | Chase Bank USA, N.A. | Dividend paid   5.68% on $12,538.45; Claim# 2; Filed: $12,538.45; Reference: | 7100-000 | | 712.50 | 4,618.82 |
| 02/23/11 | 105 | Chase Bank USA, N.A. | Dividend paid   5.68% on $8,910.17; Claim# 3; Filed: $8,910.17; Reference: | 7100-000 | | 506.32 | 4,112.50 |
| 02/23/11 | 106 | Chase Bank USA, N.A. | Dividend paid   5.68% on $10,645.32; Claim# 4; Filed: $10,645.32; Reference: | 7100-000 | | 604.92 | 3,507.58 |
| 02/23/11 | 107 | Chase Bank USA, N.A. | Dividend paid   5.68% on $17,575.68; Claim# 5; Filed: $17,575.68; Reference: | 7100-000 | | 998.74 | 2,508.84 |
| 02/23/11 | 108 | PYOD LLC its successors and assigns as assignee of | Dividend paid   5.68% on $10,202.48; Claim# 6; Filed: $10,202.48; Reference: | 7100-000 | | 579.76 | 1,929.08 |
| 02/23/11 | 109 | PYOD LLC its successors and assigns as assignee of | Dividend paid   5.68% on $1,899.65; Claim# 7; Filed: $1,899.65; Reference: | 7100-000 | | 107.95 | 1,821.13 |
| 02/23/11 | 110 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid   5.68% on $28,485.53; Claim# 8; Filed: $28,485.53; Reference: | 7100-000 | | 1,618.70 | 202.43 |
| 02/23/11 | 111 | First National Bank of Omaha | Dividend paid   5.68% on $3,562.35; Claim# 9; Filed: $3,562.35; Reference: | 7100-000 | | 202.43 | 0.00 |

|  | ACCOUNT TOTALS | 9,604.56 | 9,604.56 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 9,604.56 | 0.00 | |
|  | Subtotal | 0.00 | 9,604.56 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | **$0.00** | **$9,604.56** | |

{} Asset reference(s)

Printed: 06/01/2011 01:20 PM    V.12.56

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 09-73196  
**Case Name:** MARKEN, KEVIN  
MARKEN, JOYCE  
**Taxpayer ID #:** **-***6355  
**Period Ending:** 06/01/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******70-66 - Checking Account  
**Blanket Bond:** $373,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****70-65 | 9,602.07 | 0.13 | 0.00 |
| MMA # 9200-******70-65 | 2.75 | 0.13 | 0.00 |
| Checking # 9200-******70-66 | 0.00 | 9,604.56 | 0.00 |
| | $9,604.82 | $9,604.82 | $0.00 |

{} Asset reference(s)

Printed: 06/01/2011 01:20 PM    V.12.56